*Exhibit A*

**The 36th District Court Case Search will currently only display case information for cases occurred within the last seven years.**

# 36TH DISTRICT COURT

**Return to Search Results**

## Register of Action

Return to Search

```
_____
|STATE OF MICHIGAN     |                  |  CASE NO: 24149919    GC  |
|36TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS  |                       |
|                      |                  |                           |
|                      |                  |                           |
_____

Court Address 421 MADISON AVENUE                    Court Telephone
           DETROIT          MI  48226                (313) 965-5594
_____
              JUDGE OF RECORD: ROBINSON,DAVID S.,JR.        P-24413


_____

                                            Attorney
 P01   PLAINTIFF              (PEND)
       COUNTRYMAN/DESTINY/
       4465 BISHOP ST
       DETROIT        MI 48224
       (510) 424-4255



_____
 D01   DEFENDANT              (PEND)
       EQUI FAX//
       1550 PEACHTREE ST N.W.
       ATLANTA         GA 30309



_____
  DATE                 ACTIONS, JUDGMENTS, CASE NOTES          INITIALS
_____
 04/17/24
    P01      SUMM & COMP  FILED                     $7,000.00       163
```

```
   D01         SUMM & COMP  BY PLAINTIFF ISSUED                          163

               FILING FEE PAID          $75.00  RCPT # CE17611          163
04/18/24
               P01 ADDRESS ADDED                                        747

               D01 ADDRESS ADDED                                        747


         ***** END OF REGISTER OF ACTIONS ***** 05/20/24 07:52
```

Return to Search

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |

| **STATE OF MICHIGAN**<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | **SUMMONS** | **CASE NO.**<br>24149919 JDG:D.ROBINSON |

| **Court address**<br>421 Madison, Detroit, MI 48226-2358 | **Court telephone no.**<br>313-965-5952 |

| Plaintiff's name, address, and telephone no.<br>D--i-- Countryman<br>4465 Bishop St<br>Detroit MI 48224 | v | Defendant's name, address, and telephone no.<br>Equifax<br>1550 Peachtree St NW<br>Atlanta, GA 30309 |

Plaintiff's attorney, bar no., address, and telephone no.
510-424-4255

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐_____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. | **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court (28 days** if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk<br>ISS:04/17/24 EXP:07/17/24 T. Davis |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS** | MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

DEFENDANT

EFX ORIGINAL DOCUMENT 6 04\25\2024 00525680 002 0004

Summons   (3/23)                                                                                      Case No. _____

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | | Signature |
|---|---|---|---|---|
| $ | | $ | | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE | Name (type or print) |
| $ | | $ | $ | |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                                Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

|  | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
|  | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 36TH JUDICIAL DISTRICT | COMPLAINT | |
| JUDICIAL CIRCUIT | Page    of    pages | |
| COUNTY PROBATE | | |

Court address

Civil Division, 421 Madison St., Detroit, MI 48226-2358

Court telephone no.

(313) 965-5952

Plaintiff's name(s), address(es), and telephone no(s).

Destiny Countryman
9465 Bishop st
Detroit, MI 48224

Plaintiff's attorney, bar no., address, and telephone no.

510-424-4255

v

Defendant's name(s), address(es), and telephone no(s).

Equifax
1550 Peachtree st NW
Atlanta, GA 30309

Equifax continue to violate my consumer rights. Violations listed below. As a federally Protected consumer I'm entitled to 100% accuracy.

As of 4/17/24

Violations

Defamation of character

15 US Code 1168b
15 US Code 1692e
15 US Code 168e(b)
15 US Code 1681i (5)
15 US Code 1681a (2)(A)(i)
I demand $7,000 for violating my consumer right.

4/17/2024

Date

Signature

MC 01a (6/19) COMPLAINT

DEFENDANT

EFX ORIGINAL DOCUMENT 6 04\25\2024 00525680 002 0005

Destiny Countryman
4465 Bishop
Detroit, MI 48224



Retail

U.S. POSTAGE PAID
FCM LETTER
DETROIT, MI 48214
APR 17, 2024

30309

$5.08

RDC 99

R2303S103014-10

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL



9589 0710 5270 0940 4727 35

Equifax
1550 Peachtree St NW
Atlanta, GA 30309

EFX ORIGINAL DOCUMENT 6 04\25\2024 00525680 002 0006

EFX ORIGINAL DOCUMENT 6 04\25\2024 00525680 002 0006

