## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

DESTINY COUNTRYMAN,

        Plaintiff,

    v.

EQUIFAX,

        Defendant.

Case No.   2:24-cv-11317-LVP-DRG

## NOTICE OF SETTLEMENT

COMES NOW, Defendant Equifax Information Services LLC ("Equifax"), and hereby notifies the Court that the Plaintiff Destiny Countryman and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

312433695v.1

2

DATED:  July 12, 2024

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Adam T. Hill*
       Adam T. Hill
       ahill@seyfarth.com
       SEYFARTH SHAW LLP
       233 South Wacker Drive
       Suite 8000
       Chicago, Illinois  60606-6448
       Telephone:  (312) 460-5000
       Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

2

312433695v.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I presented the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> Destiny Countryman
> 4465 Bishop St.
> Detroit, MI 48224

> /s/ Adam T. Hill
> Adam T. Hill
> *Counsel for Defendant*
> *Equifax Information Services LLC*

312433695v.1