**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

DESTINY COUNTRYMAN

        Plaintiff,

v.

EQUIFAX,

        Defendant.

Case No. 2:24-cv-11317-LVP-DRG

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN that Pro Se Plaintiff Destiny Countryman, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in his complaint against Defendant Equifax Information Services, LLC, erroneously named as Equifax, with prejudice.

Defendant Equifax Information Services, LLC has neither filed an answer to the complaint nor a motion for summary judgement as to these claims. Dismissal under Rule 41(a)(i) is therefore appropriate.

DATE: 10/4/2024

Respectfully submitted,

_____
Destiny Countryman

*Pro Se Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that, on 10/4/2024, I filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

Destiny Countryman

*Pro Se Plaintiff*

2